```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08582
    YVONNE J WHITENEIR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2955

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/10/2007 and was confirmed 07/16/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             1745.00         30.36         341.27
AMERICAN GENERAL FINANCE   SECURED              915.94          9.00         722.36
BUD MARLOW                 SECURED             3950.00         63.73        1161.76
HARRIS NA                  CURRENT MORTG          .00            .00            .00
UNITED CONSUMER FINANCIA   SECURED             1272.00           .00         247.31
ACCOUNT RECOVERY SERVICE   UNSEC W/INTER  NOT FILED              .00            .00
CAPITAL ONE                UNSEC W/INTER       918.14          18.93          58.08
GMAC                       UNSEC W/INTER  NOT FILED              .00            .00
HARRIS NA                  UNSEC W/INTER  NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    12376.94          148.93         782.87
ECAST SETTLEMENT CORP      UNSEC W/INTER     1313.49            9.03          83.08
AT&T WIRELESS              UNSEC W/INTER  NOT FILED              .00            .00
SPRINT PCS                 UNSEC W/INTER  NOT FILED              .00            .00
T-MOBILE USA               UNSEC W/INTER      113.57             .00            .00
TARGET NATIONAL BANK       UNSEC W/INTER     1987.80           41.00         125.73
WF FIN BAN                 UNSEC W/INTER  NOT FILED              .00            .00
WF FIN BANK                UNSEC W/INTER  NOT FILED              .00            .00
WELLS FARGO FINANCIAL IL   UNSEC W/INTER      944.36           19.47          59.74
FINGERHUT                  UNSEC W/INTER  NOT FILED              .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       3,000.00                         432.54
TOM VAUGHN                 TRUSTEE                                            309.81
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 4,665.00

PRIORITY                                        .00
SECURED                                    2,472.70
    INTEREST                                 103.09

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08582 YVONNE J WHITENEIR
```

```
UNSECURED                                                  1,109.50
    INTEREST                                                 237.36
ADMINISTRATIVE                                               432.54
TRUSTEE COMPENSATION                                         309.81
DEBTOR REFUND                                                    .00
                                   ----------------   ----------------
TOTALS                                    4,665.00           4,665.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                 /s/ Tom Vaughn
   Dated: 03/26/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```